**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01392-CV

## IN THE INTEREST OF C.E.C., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-10464**

## ORDER

This is an accelerated appeal from an order terminating pro se appellant's parental rights to his child C.E.C. *See* TEX. R. APP. P. 28.4. The clerk's record and reporter's record have been filed. Appellant is indigent and entitled to proceed without prepayment of costs. *See* TEX. R. APP. P. 20.1. Appellant is currently incarcerated. On January 12, 2017, we notified appellant that his notice of appeal appeared untimely and informed him he could remedy the timeliness problem by filing a motion to extend the time to file his notice of appeal. On January 25, 2017 appellant filed the following pro se motions: (1) motion to extend time to file his notice of appeal and (2) motion requesting appointment of counsel.

We **GRANT** appellant's motion to extend time to file his notice of appeal. Appellant's pro se notice of appeal filed on November 28, 2016 is considered timely filed for jurisdictional purposes.

We **GRANT** appellant's motion requesting appointment of counsel to the extent that we **ORDER** the trial court to conduct a hearing **WITHIN 15 DAYS** of the date of this order to determine whether appellant is entitled to court-appointed counsel in this appeal. The trial court shall make written findings as to appellant's request for appointment of counsel. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in this appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in this appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to transmit to this Court **WITHIN TWENTY DAYS** of the date of this order a supplemental clerk's record containing the trial court's written findings of fact and any order appointing counsel.

We **ORDER** Joie Rivera, Official Court Reporter for the 255th Judicial District Court to transmit **WITHIN TWENTY DAYS** of the date of this order a reporter's record from the hearing.

Texas Rule of Judicial Administration 6.2(a) requires the appellate court to dispose of an appeal from a judgment terminating parental rights so far as reasonably possible within 180 days after the notice of appeal is filed. In an effort to ensure this appeal proceeds expeditiously and without undue delay, we **ORDER** appellant's brief due **WITHIN THIRTY-FIVE DAYS** of the date of the trial court's hearing regarding the appointment of counsel. No motions requesting an extension of time to file appellant's brief will be granted absent exigent circumstances.

We **DIRECT** the Clerk to send copies of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Pitre; Ms. Rivera, and all parties and counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated **WITHIN TWENTY DAYS** from the date of this order or when the requested findings are received, whichever occurs sooner.

/s/ DAVID L. BRIDGES
PRESIDING JUSTICE